UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN SOLARES,                                              22-cv-00712 (ENV)(PK)

                 Plaintiff,                        **APPEARANCE OF COUNSEL**

    v.

KAM FUNG WONG, INC., D/B/A KAM FUNG
WONG POULTRY, AM LE, A.K.A.
"MICHELLE" CHANG, and HENRY CHANG,

                 Defendants.
------------------------------------------------------------X

To:    The Clerk of Court and all parties of record:

    I am admitted to practice in this Court and I appear in this case as counsel for Defendants KAM FUNG WONG, INC., D/B/A KAM FUNG WONG POULTRY, and AM LE "MICHELLE" CHANG.

Dated: New York, New York
       April 27, 2022

TURCK LAW, P.C.

By:   */s/ Shawn A. Turck*
      Shawn A. Turck (ST 1232)
      225 Broadway, Suite 1901
      New York, NY 10007
      Tel.:  212-227-2030
      Fax:  212-766-2298
      Email: shawn@turcklaw.com
      *Counsel for Defendants*
      *Kam Fung Wong, Inc. and*
      *Am Le "Michelle" Chang*