UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN SOLARES,

                    Plaintiff,

    v.

KAM FUNG WONG, INC., D/B/A KAM FUNG
WONG POULTRY, AM LE, A.K.A.
"MICHELLE" CHANG, and HENRY CHANG,

                    Defendants.
------------------------------------------------------------X

22-cv-00712 (ENV)(PK)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for KAM FUNG WONG, INC. (a private, non-governmental party) certifies that there is no parent corporation, affiliates and/or subsidiaries of KAM FUNG WONG, INC., which are publicly held.

Dated: New York, New York
          April 27, 2022

TURCK LAW, P.C.

By:   /s/ *Shawn A. Turck*
       Shawn A. Turck (ST 1232)
       225 Broadway, Suite 1901
       New York, NY 10007
       Tel.:  212-227-2030
       Fax:  212-766-2298
       Email: shawn@turcklaw.com
       *Counsel for Defendants*
       *Kam Fung Wong, Inc. and*
       *Am Le "Michelle" Chang*