

VIA ECF

August 8, 2022

Hon. Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Solares. v. Kam Fung Wong, Inc. et al.*
       Docket No. 22-CV-00712 (ENV) (PK)

Dear Judge Kuo:

The New York Legal Assistance Group represents the Plaintiff in the above matter. We write on behalf of all Parties in order to submit the Parties' Joint Status Report Regarding Settlement, pursuant to the Court's February 10, 2022 Order (ECF No. 6).

The Parties have exchanged initial pretrial discovery documents as required in Paragraph 1 of the Order, and on August 2, 2022 all counsel met and conferred via telephone, in a good-faith effort to work towards a settlement of the matter. Plaintiff expects to extend a global settlement demand no later than close of business today, and the Parties plan to engage in settlement negotiation in the coming weeks. However, at this time, the Parties have not yet settled the matter on their own, and request that the Court refer them to participate in a formal mediation conference before an EDNY mediator, as set forth in Paragraph 3(2) of the Court's Order.

Thank you for your attention to this matter.

Respectfully submitted,

Anamaria Segura
Project Director, Employment Law Project
New York Legal Assistance Group

*Counsel for Plaintiff*

cc: All counsel (via e-mail and ECF)