**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

ADRIAN SOLARES,

                                Plaintiff,

v.

KAM FUNG WONG, INC., D/B/A KAM
FUNG WONG POULTRY, AM LE, A.K.A.
"MICHELLE" CHANG, and HENRY CHANG,

                                Defendants.
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

22-cv-00712 (ENV) (PK)

      PLEASE TAKE NOTICE that Brian Nettle enters an appearance as counsel in this case on behalf of Plaintiff Adrian Solares, and requests that copies of all further papers and pleadings in this action be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: October 14, 2022
       New York, New York

                            By:   /s/ Brian Nettle
                                    Brian 'Geno' Nettle
                                    New York Legal Assistance Group
                                    100 Pearl Street, 19th Floor
                                    New York, New York 10004
                                    Tel: (212) 659-6145
                                    Email: gnettle@nylag.org