

**VIA ECF**

November 14, 2022

Hon. Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Solares. v. Kam Fung Wong, Inc. et al.*
        Docket No. 22-CV-00712 (ENV) (PK)

Dear Judge Kuo:

The New York Legal Assistance Group represents the Plaintiff in the above matter. We write on behalf of all Parties in reference to the Parties' Joint Status Report regarding mediation due November 14, 2022, pursuant to the Court's August 8, 2022, text order.

The Parties were directed to complete mediation by November 8, 2022. On August 25, 2022, the Parties consented to an E.D.N.Y. mediator and confirmed October 4, 2022, as the mediation date. On October 3, 2022, Plaintiff's then counsel, Ms. Segura, notified that she would not be able to attend the mediation due to medical reasons and the mediation was adjourned, upon consent of all Parties, to November 10, 2022. On November 6, 2022, the mediation was adjourned due to a death in the family of the mediator. The Parties consented to a new mediation date of December 13, 2022.

Pursuant to the Court's February 10, 2022, Mediation Schedule (see ECF No. 6, ¶ 4), the Parties respectfully request to submit the Joint Status Report following a completed mediation on December 20, 2022 or upon another date ordered by the Court.

Thank you for your attention to this matter.

Respectfully submitted,

/s/Brian Nettle
Brian 'Geno' Nettle
Staff Attorney, Employment Law Project
New York Legal Assistance Group

*Counsel for Plaintiff*

cc:     All counsel (via e-mail and ECF)